# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jolliet Kelly, Jr.,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-CV-517-02

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/20/2007 Order.

Signed: December 20, 2007

Frank G. Johns, Clerk
United States District Court