UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-517-GCM

| | |
|---|---|
| JOLLIET KELLY JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on the Petitioner's "Motion to Reconsider," filed February 25, 2008 (Doc. No.5). For the reasons stated herein, the instant Motion is **DENIED**.

Pursuant to a written plea agreement, Petitioner pled guilty to charges of conspiracy to possess with intent to distribute, and to distribute, cocaine base on April 17, 2005.[1] Petitioner was sentenced on December 13, 2006. Petitioner did not appeal his conviction or his sentence. On December 10, 2007, the Petitioner filed a motion to vacate under 28 U.S.C. §2255. The Court denied and dismissed the motion to vacate in an Order entered on December 20, 2007. (Doc. No. 2).

A review of the Petitioner's instant filing reveals it is not properly brought as a motion to reconsider under Federal Rule of Civil Procedure 60(b), but an attempt to relitigate his motion to vacate claims. Petitioner's motion to reconsider is, in essence, a successive 28 U.S.C §2255 motion, which this Court does not have jurisdiction to hear. See United States v. Winestock, 340

---

[1] A more fullsome history of the case is laid out in the Court's Order dismissing Petitioner's Motion to Vacate, entered on December 20, 2007.

F.3d 200 (4 th Cir. 2003), <u>cert denied</u>, 540 U.S. 995 (2003). Accordingly, the instant Motion is **DENIED**.

Signed: September 20, 2010

Graham C. Mullen
United States District Judge